

Certificate Number: 14751-MD-DE-036836835

Bankruptcy Case Number: 22-13249



14751-MD-DE-036836835

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2022, at 1:30 o'clock PM PDT, TAVON E FOSTER completed a course on personal financial management given by internet by $$$$$$0$ BK Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   September 16, 2022            By:     /s/AMEY AIONO

                                      Name:   AMEY AIONO

                                      Title:  Certified Credit Counselor